KOBAYASHI SUGITA & GODA, LLP

| | |
|---|---|
| DAVID M. LOUIE | 2162 |
| NICHOLAS R. MONLUX | 9309 |
| DAVID Y. SUZUKI | 6761 |
| RYAN D. LOUIE | 11297 |

First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Phone: 808-535-5700
Fax:    808-535-5799
Email: dml@ksglaw.com
       nrm@ksglaw.com
       dys@ksglaw.com
       rdl@ksglaw.com

Attorneys for Defendant
AMERICAN WATER HEATER COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATHAN L.Y. WHARTON, Individually and as Personal Representative for the Estate of Connie Elizabeth Yuk Han Moribe Wharton, Deceased, and Personal Representative for the Estate of Sophia Grace Hitomi Wharton, Deceased; GLEN Y. MORIBE; and SANDRA E. MORIBE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AMERICAN WATER HEATER COMPANY, a Foreign Profit Corporation; INTERMATIC INCORPORATED, a Foreign Profit | CIVIL NO. 21-254<br><br>DEFENDANT AMERICAN WATER HEATER COMPANY'S NOTICE OF REMOVAL OF STATE COURT ACTION TO FEDERAL COURT; DECLARATION OF COUNSEL; EXHIBITS 1-2; CERTIFICATE OF SERVICE<br><br>*[caption continues on next page]* |

| |
|---|
| Corporation; JOHN DOES 1–10; JANE DOES 1–10; DOE CORPORATIONS 3–10; DOE PARTNERSHIPS 1–10; ROE "NON-PROFIT" CORPORATIONS 1–10; and ROE GOVERNMENTAL ENTITIES 1–10, |
| Defendants. |

## DEFENDANT AMERICAN WATER HEATER COMPANY'S NOTICE OF REMOVAL OF STATE COURT ACTION TO FEDERAL COURT

Defendant AMERICAN WATER HEATER COMPANY ("**American Water Heater**"), by and through its undersigned counsel, hereby gives notice of removal to the United States District Court for the District of Hawaii of the state court action captioned: *Nathan L.Y. Wharton, Individually and as Personal Representative for the Estate of Connie Elizabeth Yuk Han Moribe Wharton, Deceased, and Personal Representative for the Estate of Sophia Grace Hitomi Wharton, Deceased, et al. vs. American Water Heater Company, et al.*, Civil Case No. 19-1-1130-07 (BIA), filed in the Circuit Court of the First Circuit, State of Hawaii (the "**State Action**"). American Water Heater files this Notice of Removal under 28 U.S.C. §§ 1332, 1441(a), and 1446 and bases this notice on the following:

## BACKGROUND

1. On July 18, 2019, Plaintiffs NATHAN L.Y. WHARTON, Individually and as Personal Representative for the Estate of Connie Elizabeth Yuk Han Moribe Wharton, Deceased, and Personal Representative for the Estate of

2

Sophia Grace Hitomi Wharton, Deceased; GLEN Y. MORIBE; and SANDRA E. MORIBE (collectively, the "**Plaintiffs**") filed their Complaint in the State Action against "John Does," "Jane Does," "Doe Corporations," "Doe Partnerships," "Roe 'Non-Profit' Corporations," and "Roe Governmental Entities" (collectively, the "**Doe Parties**"). A copy of the Complaint is attached hereto as **Exhibit 1**.

2. Plaintiffs filed their First Amended Complaint in the State Action on May 3, 2021 ("**FAC**"), naming Defendants American Water Heater and INTERMATIC INCORPORATED ("**Intermatic**"), in addition to the Doe Parties, as defendants in this case. A copy of the FAC is attached hereto as **Exhibit 2**.

3. American Water Heater was not served with the summons and FAC in the State Action until May 10, 2021.

4. Upon information and belief, as of the filing of this Notice of Removal, Defendant Intermatic has been served with the FAC and summons in the State Action. The undersigned certifies that Defendant Intermatic consents to removal of this action, and therefore all defendants from whom consent is required have consented to removal of this action. *See Proctor v. Vishay Intertechnology Inc.*, 584 F.3d 1208, 1225 (9th Cir. 2009); *see also* Declaration of Counsel, attached hereto.

5. No previous requests for removal have been made by any party to the State Action. *See* Declaration of Counsel. No consent for removal is required from the Doe Parties.

6. Venue is proper as this action was originally brought in the Circuit Court of the First Circuit, State of Hawaii. 28 U.S.C. §§ 1441(a); 1446(a).

7. American Water Heater has yet to file and serve a response to the FAC upon Plaintiffs. There are no other pleadings or documents filed in this case other than the Complaint (**Exhibit 1**) and the FAC (**Exhibit 2**). *See* 28 U.S.C. § 1446(a).

## BASIS FOR DIVERSITY JURISDICTION

8. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by American Water Heater pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00.

9. Plaintiffs are alleged to be residents of the State of Hawaii at the time of the filing of the FAC. **Exhibit 2** at 2-3 ¶¶ 1-3.

10. Defendant American Water Heater at the time of the filing of the FAC and this Notice of Removal is a citizen of Nevada, with its principal place of business in Tennessee.

11. Defendant Intermatic is alleged to be a citizen of Delaware with its principal place of business in Illinois. *See* **Exhibit 2** at 13 ¶ 15.

12. The citizenship of the Doe Parties shall be disregarded. 28 U.S.C. § 1441(b).

13. Accordingly, because Defendants American Water Heater and Intermatic are not citizens of Hawaii, there is complete diversity of citizenship in this case. *See* 28 U.S.C. § 1332.

14. In their prayer for relief, Plaintiffs seek statutory wrongful death damages, statutory survivor damages, statutory future earnings damages, general and special damages, economic and non-economic damages, property damage, punitive damages, other damages as allowed by law, and attorneys' fees and litigation costs. **Exhibit 2** at 20 ¶¶ 1-5.

15. Based upon the allegations in the FAC and the sought-after damages, the amount in controversy is over $75,000, exclusive of the interest and costs sought by Plaintiffs. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 87 (2014).

16. Accordingly, removal of the State Action pursuant to 28 U.S.C. § 1441 in this case is proper because there is complete diversity of citizenship and there is a plausible allegation that the amount in controversy exceeds the jurisdictional threshold. *See id.*; *see also* 28 U.S.C. § 1332.

## NOTICE OF REMOVAL

17. American Water Heater Defendants will serve this Notice of Removal on Plaintiffs and Defendant Intermatic and file it with the Clerk of the Circuit Court of the First Circuit, State of Hawaii as required under 28 U.S.C. § 1446(d).

WHEREFORE, Defendant American Water Heater requests that the Court remove the State Action to the United States District Court for the District of Hawaii.

Dated: Honolulu, Hawaii, May 28, 2021.

/s/Nicholas R. Monlux
DAVID M. LOUIE
NICHOLAS R. MONLUX
RYAN D. LOUIE

Attorneys for Defendant
AMERICAN WATER HEATER COMPANY