IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NATHAN L.Y. WHARTON, Individually and as Personal Representative for the Estate of Connie Elizabeth Yuk Han Moribe Wharton, Deceased, and Personal Representative for the Estate of Sophia Grace Hitomi Wharton, Deceased; GLEN Y. MORIBE; and SANDRA E. MORIBE,<br><br>      Plaintiffs,<br><br>  vs.<br><br>AMERICAN WATER HEATER COMPANY; INTERMATIC INCORPORATED; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 3-10; DOE PARTNERSHIPS 1-10; ROE "NONPROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>      Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 21-00254 HG-WRP |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT AMERICAN WATER HEATER COMPANY'S MOTION TO DISMISS CLAIMS MADE BY PLAINTIFF NATHAN L.Y. WHARTON (ECF No. 72)**

**and**

**APPROVING THE PARTIES' STIPULATION TO SUBSTITUTE SUCCESSOR PERSONAL REPRESENTATIVE GLEN Y. MORIBE INTO THIS ACTION FOR THE ESTATE OF CONNIE ELIZABETH YUK HAN MORIBE WHARTON, DECEASED, AND THE ESTATE OF SOPHIA GRACE HITOMI WHARTON, DECEASED (ECF No. 81)**

Amended Findings and Recommendation having been filed and served on all parties on August 1, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title

28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation are adopted as the Opinion and Order of this Court.

Plaintiff Glen Y. Moribe has been appointed by the State of Hawaii Probate Court as the successor Personal Representative for the Estates of Connie Elizabeth Yuk Han Moribe Wharton and Sophia Grace Hitomi Wharton. (ECF No. 80). The appointment transfers Plaintiff Nathan L.Y. Wharton's interest as Personal Representative of the Estates to Plaintiff Glen Moribe.

The Parties' Stipulation to Substitute Successor Personal Representative Glen Y. Moribe Into This Action for the Estate of Connie Elizabeth Yuk Han Moribe Wharton, Deceased, and the Estate of Sophia Grace Hitomi Wharton, Deceased, is GRANTED.

The Clerk of the Court is directed to update the docket to reflect the substitution of Glen Y. Moribe as successor in interest to Nathan L.Y. Wharton.

IT IS SO ORDERED.

DATED: September 20, 2023, Honolulu, Hawaii.

Helen Gillmor
United States District Judge

Wharton, et al. v. American Water Heater Company, et al.; Civ. No. 21-00254 HG-WRP; **ORDER ADOPTING THE MAGISTRATE JUDGE'S ADOPTED FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT AMERICAN WATER HEATER COMPANY'S MOTION TO DISMISS CLAIMS MADE BY PLAINTIFF NATHAN L.Y. WHARTON (ECF No. 72) and APPROVING THE PARTIES' STIPULATION TO SUBSTITUTE SUCCESSOR PERSONAL REPRESENTATIVE GLEN Y. MORIBE INTO THIS ACTION FOR THE ESTATE OF CONNIE ELIZABETH YUK HAN MORIBE WHARTON, DECEASED, AND THE ESTATE OF SOPHIA GRACE HITOMI WHARTON, DECEASED (ECF No. 81)**