**KOBAYASHI SUGITA & GODA, LLP**
DAVID M. LOUIE            2162
NICHOLAS R. MONLUX        9309
DAVID Y. SUZUKI           6761
RYAN D. LOUIE             11297
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone:  (808) 535-5700
Facsimile:  (808) 535-5799
Email:      dml@ksglaw.com; nrm@ksglaw.com
            dys@ksglaw.com; rdl@ksglaw.com

**McCOY LEAVITT LASKEY LLC**
EUGENE M. LaFLAMME        (*Pro Hac Vice*)
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
Telephone:  (262) 522-7026
Facsimile:  (262) 522-7020
Email:      elaflamme@mlllaw.com

Attorneys for Defendant
AMERICAN WATER HEATER COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GLEN Y. MORIBE, Individually and as Successor Personal Representative of the Estate of Connie Elizabeth Yuk Han Moribe Wharton, Deceased, and as Successor Personal Representative for the Estate of Sophia Grace Hitomi Wharton, Deceased; and SANDRA E. MORIBE,<br><br>                    Plaintiffs,<br><br>       vs. | CIVIL NO. CV 21-00254 (HG-WRP) (Product Liability)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br><u>Trial:</u><br>Date: July 9, 2024<br>Judge: Honorable Helen Gillmor |

1

| |
|---|
| AMERICAN WATER HEATER COMPANY, a Foreign Profit Corporation; INTERMATIC INCORPORATED, a Foreign Profit Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 3-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10, |
| Defendants. |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1, Plaintiffs GLEN Y. MORIBE, Individually and as Successor Personal Representative of the Estate of Connie Elizabeth Yuk Han Moribe Wharton, Deceased, and as Successor Personal Representative for the Estate of Sophia Grace Hitomi Wharton, Deceased; and SANDRA E. MORIBE and Defendants AMERICAN WATER HEATER COMPANY and INTERMATIC INCORPORATED, by an through the undersigned counsel, hereby stipulate that this action and all claims, cross claims and defenses which were or could have been asserted herein be dismissed with prejudice.

Each party hereto shall bear its own costs and attorneys' fees incurred herein. All parties who have appeared in this matter have agreed to this stipulation. There

are no remaining parties or claims in this matter, and the dismissal herein is a complete resolution of the matter.

DATED: Honolulu, Hawaii, June 7, 2024.

/s/ David Y. Suzuki
DAVID M. LOUIE
NICHOLAS R. MONLUX
DAVID Y. SUZUKI
RYAN D. LOUIE
EUGENE M. LaFLAMME (*pro hac vice*)

**Attorneys for Defendant**
**AMERICAN WATER HEATER COMPANY**

/s/ Harvey M. Demetrakopoulos
ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS

**Attorneys for Plaintiffs**
**GLEN Y. MORIBE, Individually and as Successor Personal Representative of the Estate of Connie Elizabeth Yuk Han Moribe Wharton, Deceased, and as Successor Personal Representative for the Estate of Sophia Grace Hitomi Wharton, Deceased; and SANDRA E. MORIBE**

Mia D. Obciana
BENNETT J. CHIN
MIA D. OBCIANA
SABRINA M. KAWANA

**Attorneys for Defendant**
**INTERMATIC INCORPORATED**

3

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, June 10, 2024.

_____
Helen Gillmor
United States District Judge

---

GLEN Y. MORIBE, Individually and as Successor Personal Representative of the Estate of Connie Elizabeth Yuk Han Moribe Wharton, Deceased, and as Successor Personal Representative for the Estate of Sophia Grace Hitomi Wharton, Deceased; and SANDRA E. MORIBE vs. AMERICAN WATER HEATER COMPANY; INTERMATIC INCORPORATED; Civil No. CV 21-00254 (HG-WRP); Stipulation for Dismissal With Prejudice; Order